Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32818−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Charise Breeden−Balaam
aka Charise Breeden, aka Charise Balaam
33 Harding Terrace
Newark, NJ 07112

Social Security No.:
xxx−xx−6789

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 11/27/2017 and a confirmation hearing on such Plan has been scheduled for 1/18/2018.

The debtor filed a Modified Plan on 01/17/2018 and a confirmation hearing on the Modified Plan is scheduled for 3/1/2018 at 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 18, 2018
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-32818-VFP
Charise Breeden-Balaam                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 1            Date Rcvd: Jan 18, 2018
                              Form ID: 186              Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db            +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005
517171377     +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
517171378     +Concentra Urgent Care,    375 McCarter Highway,    Newark, NJ 07114-2562
517171379     +Convergent Outsourcing, Inc.,    800 SW 39th St.,    PO Box 9004,    Renton, WA 98057-9004
517171380     +Ford Motor Credit,    PO Box 54200,    Omaha, NE 68154-8000
517171381     +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517283158     +Metamorphisis Plastic Surgery,    c/o Fein Such Khan Shepard, PC,    7 Century Drive Suite 201,
               Parsippany, NJ 07054-4609
517235718     +Metamorphosis Plastic Surgery,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
517171384     +Union County Savings Bank,    320 North Broad Street,    Elizabeth, NJ 07208-3703
517263708      Union County Savings Bank,    c/o Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 19 2018 09:50:05     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 19 2018 09:50:02     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517171382     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 19 2018 09:49:09     Regional Acceptance Corp,
               304 Kellam Road,    Virginia Beach, VA 23462-2712
517179795      E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 19 2018 09:49:09     Regional Acceptance Corporation,
               PO Box 1847,    Wilson, NC 27894-1847
517171383     +E-mail/Text: bankruptcy@senexco.com Jan 19 2018 09:49:34     Senex Services Corp,
               3333 Founders Rd,    Ste 201,    Indianapolis, IN 46268
517283157     +E-mail/Text: bankruptcynotice@westlakefinancial.com Jan 19 2018 09:50:04
               Westlake Financial Services,    4751 Wilshire Blvd #100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. et. al. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Charise   Breeden-Balaam douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. et. al. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```