| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** | <br><br>Order Filed on March 1, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>   CHARISE BREEDEN-BALAAM | Case No.:  17-32818VFP<br><br>Hearing Date:  3/1/2018<br><br>Judge:  VINCENT F. PAPALIA |

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: March 1, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Case No.:  17-32818VFP

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 03/01/2018 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that Debtor shall provide the Chapter 13 Standing Trustee with all required documentation to conduct a 341 Hearing within 7 days of the entry of this Order; and it is further
- ORDERED, that notwithstanding the previous paragraph, if the Chapter 13 Trustee is unable to conduct a 341 Hearing within 30 days of the entry of this Order, the case shall be subject to dismissal; and it is further
- ORDERED, that upon any default by debtor under the terms of this Order, the Chapter 13 Trustee may submit an Order Dismissing this Case upon 7 days' notice to Debtor's Counsel; and it is further
- ORDERED, that the Confirmation Hearing shall be adjourned to April 19, 2018 at 10:00 a.m.