UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, NJ 07076
Tel. 908.469.0347 Fax. 908-462-9033
douglas@lawyermitchell.com
Attorney for Debtor(s)

Order Filed on May 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHARISE BREEDEN-BALAAM

Case No.:   17-32818

Chapter:   13

Judge:   PAPALIA

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2018**

**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____5/21/2018_____ :

Property:    33-35 HARDING TERRACE NEWARK, NJ 07112

Creditor:    BANK OF AMERICA/UNION COUNTY SAVINGS BANK

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __Douglas G. Mitchell, Esq.__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/21/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2