UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Douglas G. Mitchell, Esq.
1812 Front Street
Scotch Plains, NJ 07076
Tel. 908.469.0347 Fax. 908-462-9033
douglas@lawyermitchell.com
Attorney for Debtor(s)

In Re:

CHARISE BREEDEN-BALAAM

**Order Filed on May 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:          17-32818

Chapter:                13

Judge:          PAPALIA

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2018**

_____
 **Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ 5/21/2018 _____ :

Property:        33-35 HARDING TERRACE NEWARK, NJ 07112 _____

Creditor:        BANK OF AMERICA/UNION COUNTY SAVINGS BANK _____

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by ___ Douglas G. Mitchell, Esq. ___ ,
and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____ ,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ 8/21/2018 _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:
Charise Breeden-Balaam
      Debtor

Case No. 17-32818-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 22, 2018
                  Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db               +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. et. al. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com,
        g18162@notify.cincompass.com
       Marie-Ann  Greenberg    magecf@magtrustee.com
       Rebecca Ann Solarz    on behalf of Creditor    BANK OF AMERICA, N.A. et. al. rsolarz@kmllawgroup.com
       Steven P. Kelly    on behalf of Creditor    Westlake Financial Services skelly@sterneisenberg.com,
        bkecf@sterneisenberg.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                     TOTAL: 6