Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−32818−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charise Breeden−Balaam
   aka Charise Breeden, aka Charise Balaam
   33 Harding Terrace
   Newark, NJ 07112

Social Security No.:
   xxx−xx−6789

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2018
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Charise Breeden-Balaam
    Debtor

Case No. 17-32818-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Jun 13, 2018
                       Form ID: 148     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
```
db             +Charise Breeden-Balaam,    33 Harding Terrace,    Newark, NJ 07112-2005
cr             +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
517378272      +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite 200,
                 Tucson, AZ 85712-1083
517171378      +Concentra Urgent Care,    375 McCarter Highway,    Newark, NJ 07114-2562
517171381      +KML Law Group, PC,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
517283158      +Metamorphisis Plastic Surgery,    c/o Fein Such Khan Shepard, PC,    7 Century Drive Suite 201,
                 Parsippany, NJ 07054-4609
517235718      +Metamorphosis Plastic Surgery,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517171383     ++SENEX SERVICES CORP,    3333 FOUNDERS ROAD,    2ND FLOOR,    INDIANAPOLIS IN 46268-4932
               (address filed with court:   Senex Services Corp,    3333 Founders Rd,    Ste 201,
                 Indianapolis, IN 46268)
517171384      +Union County Savings Bank,    320 North Broad Street,    Elizabeth, NJ 07208-3703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 13 2018 23:08:44      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 13 2018 23:08:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517171377      +EDI: BANKAMER.COM Jun 14 2018 02:38:00      Bank Of America,    Correspondence FL-1-908-01-49,
                 Po Box 31785,    Tampa, FL 33631-3785
517171379      +EDI: CONVERGENT.COM Jun 14 2018 02:38:00      Convergent Outsourcing, Inc.,    800 SW 39th St.,
                 PO Box 9004,    Renton, WA 98057-9004
517171380      +EDI: FORD.COM Jun 14 2018 02:38:00      Ford Motor Credit,    PO Box 54200,
                 Omaha, NE 68154-8000
517171382      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 13 2018 23:13:28      Regional Acceptance Corp,
                 304 Kellam Road,    Virginia Beach, VA 23462-2712
517179795       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jun 13 2018 23:13:28      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
517263708       EDI: BANKAMER.COM Jun 14 2018 02:38:00      Union County Savings Bank,    c/o Bank of America,
                 P.O. Box 31785,    Tampa, FL 33631-3785
517283157      +E-mail/Text: bankruptcynotice@westlakefinancial.com Jun 13 2018 23:08:40
                 Westlake Financial Services,    4751 Wilshire Blvd #100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Westlake Financial Services,    c/o Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 1581 Main Street, Suite 200,    Warrington
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. et. al. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas G. Mitchell    on behalf of Debtor Charise  Breeden-Balaam douglas@lawyermitchell.com,
               g18162@notify.cincompass.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jun 13, 2018
                              Form ID: 148             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann   Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz     on behalf of Creditor    BANK OF AMERICA, N.A. et. al. rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor    Westlake Financial Services skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                                                                                                                TOTAL: 6